Jeffrey M. Lenkov (State Bar No. 156478)
 *jml@manningllp.com*
Marcia Cook (State Bar No. 272123)
 *mec@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, MACY'S WEST STORES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALTON HARDING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MACY'S, et al.<br><br>　　　　Defendants. | Case No. 8:16-CV-00772-DOC (SKx)<br><br>**DECLARATION OF MARCIA COOK IN SUPPORT OF DEFENDANT MACY'S WEST STORES, INC.'S BRIEFING FOR JOINT STIUPLATION REGARDING DISCOVERY DISPUTE**<br><br>Discovery Cut-Off: June 2, 2017<br>Motion Cut-Off: 　July 10, 2017<br>FPTC: 　　　　　　August 7, 2017<br>Jury Trial: 　　　　September 5, 2017 |

I, Marcia Cook, declare that:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant Macy's West Stores, Inc. ("Defendant"). I have personal knowledge of the facts set forth herein unless otherwise stated and, if called as a witness, I could and would competently testify to the matters stated herein.

2. I make this declaration in support of Defendant's briefing for the Joint Stipulation Regarding Discovery Disputes.

3. Attached hereto as **Exhibit 1** is a true and correct copy of October 3, 2016 correspondence that I mailed to Plaintiff's counsel to recount a telephonic discussion we had conducted earlier that day, wherein I discussed the overbreadth of Plaintiff's counsel's definition of "racial profiling." Plaintiff's counsel omitted this letter from his briefing of the Joint Stipulation.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Ann Munson Steines.

5. Attached hereto as **Exhibit 3** is a true and correct copy of emailed correspondence between Plaintiff's counsel and me, dated Friday, November 4, 2016.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a letter that I mailed to Plaintiff's counsel on September 23, 2016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant's Further Response to Plaintiff's First Set of Requests for Production in this case.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed on November 16, 2016 at Los Angeles, California.

/s/ Marcia Cook
Marcia Cook

DECLARATION OF MARCIA COOK RE JOINT STIPULATION