# Exhibit 1

STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
FREDRIC W. TRESTER
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
BRIAN T. MOSS *
JEFFREY M. LENKOV
MARGUERITE L. JONAK*
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
CLIFFORD A. CLANCEY
RINAT B. KLIER-ERLICH
ROBERT B. ZELMS †
R. ADAM ELLISON
SCOTT WM. DAVENPORT
JASON J. MOLNAR *
DAVID V. ROTH
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES J. PERKINS *
JAMES E. GIBBONS
DANIEL B. HERBERT *
DARIN L. WESSEL *
L. TREVOR GRIMM
MARK A. HAGOPIAN
DAVID GORNEY
SUZIE ZACHAR IRWIN †
DONALD R. DAY*
ALAN C. JABLIN *
D. HIEP TRUONG
TIMOTHY J. KRAL
MICHAEL A. WEISMANTEL
JANET D. JOHN *
KEVIN H. LOUTH
TRACIE L. CHILDS
SHARON S. JEFFREY
CANDACE E. KALLBERG

DAVID R. REEDER *
TOBY D. BUCHANAN
LADELL H. MUHLESTEIN
PETER C. CATALANOTTI
SEVAN GOBEL
RICHARD G. GARCIA
JOHN M. HOCHHAUSLER
ANTHONY S. VITAGLIANO †
JOHN M. COWDEN*
JENNIFER SUPMAN
KEITH RICKER †
DEBORA VERDIER †
ELIZABETH MURPHY
JEANETTE DIXON
RICHARD MACK †
KENNETH S. KAWABATA
ROBYN PARK FREIBERG
STEVEN AMUNDSON*
PAUL HANNA
TONY M. SAIN
MARILYN R. VICTOR*
MARTIN HOLLY
ALEX TA
BARBARA SEYMOUR
ANDY J. SEMOTIUK *
JULIE M. FLEMING
ROBERT E. MURPHY *
NINA RICCI FRANCISCO
DONALD R. BECK
ANNEMARIE MCDOWELL*
MINAS SAMUELIAN
CHRISTOPHER KANJO
LORI B. WADE
LALO GARCIA
FRANK M. LAFLEUR
ROBERT P. WARGO*
SCOTT A. ALLES †
ALEJANDRO CARAVEO
MATTHEW P. NOEL
MAHASTI KASHEFI
JONATHAN J. LABRUM*
GENE W. LEE
LISA WONG
KAREN LUH

CHRISTOPHER WARREN
DONALD APPLEGATE
JONATHON D. SAYRE
HEATHER M. ANTONIE
KAREN LIAO
KATIE ALLEN
JASON J. DOSHI
ZUBIN FARINPOUR
LAURA MCADAMS
CHRISTINE WALTON
VI APPLEN
GRETHCHEN COLLIN
ARTIN AVETISOVE
RODDRIGO J. BOZOGHLIAN
MIRIAM RENZI
ANGELA POWELL
MICHAEL LE
ORCHID BARZIN
D. ROCKEY GOODELL III*
JENIFER WALLIS‡
MARISSA GITTLER
MATTHEW E. KEARL
OLEN GUIAB*
COURTNEY ARBUCCI
JENNIFER KANTER
JUSTIN SHERGILL
NARINE AVANES
ERIK BABAKHANIAN
ADAM ROEHRICK
TONYA N. MALEK
BRANDON BRAGA
NEGIN IRANINEJADIAN
CORI GROVER
MELISSA PALOZOLA
EMILY EDWARDS
ERIN UYESHIMA
JESI WOLNIK
CARL CHEA
LINNETTE FLANIGAN
FATIMA BADREDDINE
STEVE PYUN
DANIEL SULLIVAN
EVAN SCHUBE
KAVEH KESHMIRI

HILA GOLCHET
MARYAM MALEKI
RYAN GUIBOA
ALEXANDRA SEIBERT
MICHAEL COOPER
BRIAN SUBA
BRIGITTE KHOURY
KAYLEIGH MCGUINNESS
PAUL MITTELSTADT
ADAM BESAGNO
ANDREW MALLETT
OMAR SUBAT
JILL COHOE
NICOLE THRELKEL
A. FOSTER SHI
MAE ALBERTO
DAVID BEDERMAN
JESSICA MAWRENCE
CATHERINE BARNARD
JACOB KOZACZUK
LYLE CHAN
MARCIA COOK
MICHAEL KVYAT
GEOFFREY CRUZ
BRIAN SMITH
STEVEN LOI
GREGORY LEWIS
JUDSON PRICE
JOHN STANLEY
IRINA LERNER
JORDON FERGUSON
PAUL HARSHAW
BRIANA CURRAN
VICTORIA ORAFA
ANDREA KORNBLAU
PHILLIP SCHIPPMANN

OF COUNSEL
ARI MARKOW

* Admitted in Multiple Jurisdiction
† Admitted to Practice Law in Arizona only
‡ Admitted to Practice Law in Alabama

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

October 4, 2016

**VIA FACSIMILE AND U.S. MAIL**

Barry Zelner, Esq.
Law Offices of Zelner & Karpel
16055 Ventura Blvd, Suite 505
Encino, California 91436
Facsimile: (818) 986-1935

Re: **Alton Harding v. Macys West Stores, Inc.**

Dear Mr. Zelner:

Please let this letter serve as our response to your correspondence dated September 30, 2016.

Let me make this clear, at no point did we ever agree to produce responses pursuant to your overly broad scope solely on the condition of a stipulation for protective order. Since the outset of our meet and confer conversations, our position was, is, and remains that protective order was contingent upon the parties coming to an agreement as to a reasonable scope. Any assertion to the contrary is a deliberate misrepresentation and manipulation of our conversations.

Clearly, from the multitude of correspondence we have exchanged, we have been unable to come to an agreement as this to scope. I have attempted to have several meaningful conversations with you to come to an mutually agreed upon scope as to geography and time. However, you have blatantly and profusely refused to limit your scope in any capacity or participate in any meaningful discussion to explain and support your position. Defendant, in conducted a search and provided information related to the subject store, which revealed no prior

ORANGE COUNTY
19800 MacArthur Blvd, Suite 900
Irvine, CA 92612
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900
San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SAN FRANCISCO
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Phone (415) 217-6990 • Fax (415) 217-6999

PHOENIX
3636 North Central Avenue, 11th Floor
Phoenix, AZ 85012
Phone (602) 313-5469 • Fax (602) 313-5499

NEW YORK
One Battery Park Plaza, 4th Floor
New York, NY 10004
Phone (212) 858-7769 • Fax (212) 858-7543

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

Barry Zelner, Esq.
Re:   **Alton Harding v. Macys West Stores, Inc.**
October 4, 2016
Page 2

claims similar to Plaintiff's for a five year period prior to the purported incident in a good faith attempt to participate in discovery and avoid unnecessary motion practice.

Moreover, with regards to your scope, I have asked you for a meaningful showing of relevancy on multiple occasions as to how a nationwide scope of fifteen (15) years is relevant to your client's allegations. To date, it appears that your showing of relevancy to support your incredibly over broad, unduly burdensome and harassing scope is: 1) Your belief as to **a single** purported claim in New York State and 2) your client's US Citizenship. I will not ask my client to bear the excessive burden and cost scour its archives, of approximately 1000 open and closed, and/or non-operational stores over a fifteen (15) year period, nationwide on this basis.

On September 29, 2016, you finally provided a definition as to "Racial Profiling." Per your definition "Racial Profiling" is *'any incident in which someone was treated differently in any manner based on their race.'* Despite my inquiry for further clarification as to whether you mean similar instances to your client's allegations, you maintain that your scope is *'anything'* and have refused to further define the subject underlying conduct or define the nature of persons that experienced the purported conduct. Interrogatories must be definite, clear, narrowly tailored for the case, and adequately advise the interrogated party what information is being sought. See, *Roberts v. Heim* (ND Cal 1989) 130 FRD 424, 427. It is not Responding Party's responsibility to guess at what you define this term to be. Accordingly, this term is still vague, ambiguous, and overly broad with regards to your clients narrow purported allegations in relation to loss prevention.

Once again, I refer you to Federal Rule of Civ. Pro §26(b)(1), which states that only matters that are *relevant* to a party's claims or defenses, and *proportional* to the needs of the case are discoverable. If you cannot articulate a showing of relevancy and proportionality, or provide any legal basis to support your position to me, how will you be able to support your motion to the court?

Finally, **at no time have we ever agreed to stay any parties deposition until you are in receipt of the disputed discovery responses**. This is a complete and utter fabrication on your part. Perhaps you had this conversation with yourself. Moreover, other claims of purported "racial profiling" have no bearing on your clients ability to testify about his own experiences and his own personal knowledge.

This is our *fourth* notice of your clients deposition, following notices for June 12, 2016, July 29, 2016, and September 27, 2016. Furthermore, our office spent countless hours over a period of the last three months to set a mutually agreeable date. You have refused to provide dates and continue to give us the run around. We will not take the November 2, 2013 noticed motion off calendar unless a mutually agreed date is reached by October 7, 2016, as I detailed in my letter dated September 23, 2016. In fact, that date was noticed in good faith based upon assertions from your associate, Mr. Fonorow, that that date was available for you. If your client fails to appear, we will take a Certificate of non-appearance and move to compel his depositions.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

Barry Zelner, Esq.
Re:  **Alton Harding v. Macys West Stores, Inc.**
October 4, 2016
Page 3

    Your deliberate withholding of your clients deposition amounts to extortion and we intend to seek all appropriate sanctions for your bad faith conduct.

    Moving forward, please stop misrepresenting our conversations. As it appears that you are fabricating agreements and conversations that never occurred, I request that all meet and confer be in writing.

    We have exhausted all meet and confer attempts, send any proposed joint motion to our office in word format in order for Defendant to prepare any necessary response.

Very truly yours,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

Marcia E. Cook, Esq.

## ✳✳ TRANSMISSION REPORT ✳✳

SID : MKERT LLP1      Number L1 :         Date : 10-05-16 13:12
                      Number L2 :

| Date/Time | 10-05 13:11 |
|---|---|
| Dialled number | 117*18189861935 |
| Durat. | 1'33" |
| Mode | NORMAL |
| Pages | 4 |
| On | Line 1 |
| Status | Correct |

---

### MANNING & KASS
### ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

#### FACSIMILE COVER SHEET

October 5, 2016

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Barry S. Zelner, Esq.<br>ZELNER & KARPEL | (323) 272-9119 or<br>(310) 274-9059 | (818) 986-1935 |

FROM: Marcia E. Cook, Esq.
RE: *Alton Harding v. Macy's*
CLIENT/MATTER NO.: 384-051268   USER ID: 5562
PAGES: 4 (including cover page)
MESSAGE: *Please see attached correspondence of this date.*

If You Do Not Receive All Pages, Please Call (213) 624-6900

CONFIDENTIALITY NOTICE
THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.

ORANGE COUNTY   SAN DIEGO   SAN FRANCISCO   PHOENIX   NEW YORK

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
#### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

## FACSIMILE COVER SHEET

October 5, 2016

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Barry S. Zelner, Esq.<br>ZELNER & KARPEL | (323) 272-9119 or<br>(310) 274-9059 | (818) 986-1935 |

FROM:            Marcia E. Cook, Esq.

RE:              ***Alton Harding v. Macy's***

CLIENT/MATTER NO.:  384-051268            USER ID:   5562

PAGES:           4   (including cover page)

MESSAGE:         *Please see attached correspondence of this date.*

**If You Do Not Receive All Pages, Please Call (213) 624-6900**

### CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.

| ORANGE COUNTY | SAN DIEGO | SAN FRANCISCO | PHOENIX | NEW YORK |
|---|---|---|---|---|
| 19800 MacArthur Blvd, Suite 900<br>Irvine, CA 92612<br>Phone (949) 440-6690 • Fax (949) 474-6991 | 550 West C Street, Suite 1900<br>San Diego, CA 92101<br>Phone (619) 515-0269 • Fax (619) 515-0268 | 121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Phone (415) 217-6990 • Fax (415) 217-6999 | 3636 North Central Avenue, 11th Floor<br>Phoenix, AZ 85012<br>Phone (602) 313-5469 • Fax (602) 313-5499 | One Battery Park Plaza, 4th Floor<br>New York, NY 10004<br>Phone (212) 858-7769 • Fax (212) 858-7543 |