Exhibit 2

Jeffrey M. Lenkov (State Bar No. 156478)
jml@manningllp.com
Marcia Cook (State Bar No. 272123)
mec@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, MACY'S WEST STORES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALTON HARDING,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC. et al.<br><br>Defendants. | Case No. 8:16-CV-00772-DOC (SKx)<br><br>**DECLARATION OF ANN MUNSON STEINES** |

I, Ann Munson Steines, declare that:

1. I have knowledge of the within facts based on my personal knowledge and review of the records maintained by Macy's, Inc. and its subsidiaries. I make this declaration in support of Defendant Macy's West Stores, Inc.'s ("Defendant Macy's West") opposition to Plaintiff's motion to compel further responses to discovery.

2. I am currently the Senior Vice President, Deputy General Counsel and Assistant Secretary of Macy's, Inc. at its corporate headquarters in Cincinnati, Ohio.

3. This declaration is based on my personal knowledge and review of records, including the historical ownership of and the historical corporate structure of the various subsidiaries, including but not limited to Defendant Macy's West. My familiarity includes, but is not limited to, personal

knowledge of the incorporation documents of these various entities and the entities' respective incorporation statuses, both historically and in the present. My familiarity further includes, but is not limited to, the various states in which each entity is qualified to and does conduct business.

4. Prior to 2009, Defendant Macy's West was known as "Macy's Department Stores, Inc." Macy's Department Stores, Inc. was incorporated in Ohio on December 13, 1994 as a wholly owned subsidiary of Federated Department Stores, Inc. On January 20, 1999, a separate entity named "Macy's West, Inc.," was also incorporated in Ohio as a wholly owned subsidiary of Federated Department Stores, Inc. Ultimately, on December 31, 2004, the "Macy's Department Stores, Inc." entity merged into the "Macy's West, Inc." entity changing its name to "Macy's Department Stores, Inc.", and then, on August 10, 2009, Macy's Department Stores, Inc. finally changed its name to "Macy's West Stores, Inc.," which continues to be the entity's name to the present.

5. Defendant Macy's West operates stores in the following states and territories in the Pacific and Southwestern United States: Arizona, California, Colorado, Guam, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Texas, Utah, Washington, and Wyoming. Prior to the name change in 2009, Macy's Department Stores, Inc. operated stores in these same states and territories, in addition to Minnesota, but following the name change to "Macy's West Stores, Inc.," Minnesota was withdrawn, and responsibility for the Minnesota stores was assumed by a separate entity known as Macy's Retail Holdings, Inc.

6. Defendant Macy's West does not own or operate stores in New York, Florida, Illinois, or Missouri, nor has it ever owned or operated stores in those states.

///
///
///
///
///
///
///
///

7. The parent corporation of Defendant Macy's West, Macy's Retail Holdings, Inc., which is itself a subsidiary of Macy's, Inc.—not only owns and operates the various Macy's entities discussed above, but also owns and operates non-Macy's brand-name entities, including but not limited to Bloomingdale's stores.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on November 9, 2016 at Cincinnati, Ohio.

_____
Ann Munson Steines