Exhibit 3

# David Bederman

| | |
|---|---|
| **From:** | Marcia Cook |
| **Sent:** | Friday, November 04, 2016 2:30 PM |
| **To:** | David Bederman |
| **Subject:** | FW: Harding v. Macys West Stores, Inc. |
| **Attachments:** | Exhibit Q Customer Bill of Rights - Macy's, Inc..pdf |

**Marcia E. Cook, Esq.**

 **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017
Tel: 213.624-6900 #2648 | Direct: 213.430-2648 | Fax: 213.624-6999
Email: mec@manningllp.com | Website: www.manningllp.com
Los Angeles | Irvine | San Diego | San Francisco | Scottsdale | New York

---

**From:** James Link [mailto:james.s.link@att.net]
**Sent:** Friday, November 04, 2016 2:29 PM
**To:** Marcia Cook
**Cc:** Jeffrey Lenkov; Barry Zelner (barryzelner@yahoo.com)
**Subject:** Re: Harding v. Macys West Stores, Inc.

Dear Ms. Cook: This information, assuming there is evidence to back it up, does not change our position on the motion and joint stipulation. Macy's West according to SEC filings is a subsidiary of Macy's, Inc. See: https://www.sec.gov/Archives/edgar/data/794367/000119312511082813/dex21.htm. Macy's, Inc. has a corporate policy apparently applicable to all Macy's stores posted on the website specifically concerning racial profiling. See attached. You **may** have an argument at trial that evidence of New York racial profiling, for example, is not relevant. However, for discovery, we are entitled to know the full extent of Macy's recidivism.

James S. Link
Counselor & Advocate at Law
215 N. Marengo Ave., 3rd Floor
Pasadena, CA 91101
626-793-9570
626-379-5270 (cell)
626-793-1945 (fax)

Marcia Cook wrote:

Mr. Link,

In response to your inquiry, the corporate structure as to Macys is as follows:

Macy's Department Stores, Inc. changed its name to Macy's West Stores, Inc. effective 8/10/2009.

1

Macy's West Stores, Inc. operates stores in the following states and territories in the Pacific and Southwestern United States: Arizona, California, Colorado, Guam, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Texas, Utah, Washington, and Wyoming.

Prior to the name change in 2009, Macy's Department Stores, Inc. operated stores <u>in these same states and territories</u>, with the addition to Minnesota. But following the name change to "Macy's West Stores, Inc.," Minnesota was withdrawn from this entity and now operates under an entirely different entity. Accordingly, any other markets are outside the entity of Macy's West Stores, Inc.

As you can see, Bloomberg is incorrect and hearsay.

Please advise if this information impacts the content of your motion and any subsequent changes as soon as possible. We will provide our portions for the Joint Stipulation as required by Rule 37-2.2.

Best,

Marcia E. Cook, Esq.

   **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017
Tel: 213.624-6900 #2648 | Direct: 213.430-2648 | Fax: 213.624-6999
Email: mec@manningllp.com | Website: www.manningllp.com
Los Angeles | Irvine | San Diego | San Francisco | Scottsdale | New York

2