Exhibit 4

STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
FREDRIC W. TRESTER
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
BRIAN T. MOSS *
JEFFREY M. LENKOV
MARGUERITE L. JONAK *
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
CLIFFORD A. CLANCEY
RINAT B. KLIER-ERLICH
ROBERT B. ZELMS †
R. ADAM ELLISON
SCOTT WM. DAVENPORT
JASON J. MOLNAR *
DAVID V. ROTH
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES J. PERKINS *
JAMES E. GIBBONS
DANIEL B. HERBERT *
DARIN L. WESSEL *
L. TREVOR GRIMM
MARK A. HAGOPIAN
DAVID GORNEY
SUZIE ZACHAR IRWIN †
DONALD R. DAY*
ALAN C. JABLIN *
D. HIEP TRUONG
TIMOTHY J. KRAL
MICHAEL A. WEISMANTEL
JANET D. JOHN *
KEVIN H. LOUTH
TRACIE L. CHILDS
SHARON S. JEFFREY
CANDACE E. KALLBERG

DAVID R. REEDER *
TOBY D. BUCHANAN
LADELL H. MUHLESTEIN
PETER C. CATALANOTTI
SEVAN GOBEL
RICHARD G. GARCIA
JOHN M. HOCHHAUSLER
ANTHONY S. VITAGLIANO †
JOHN M. COWDEN*
JENNIFER SUPMAN
KEITH RICKER †
DEBORA VERDIER †
ELIZABETH MURPHY
JEANETTE DIXON
RICHARD MACK †
KENNETH S. KAWABATA
ROBYN PARK FREIBERG
STEVEN AMUNDSON*
PAUL HANNA
TONY M. SAIN
MARILYN R. VICTOR*
MARTIN HOLLY
ALEX TA
BARBARA SEYMOUR
ANDY J. SEMOTIUK *
JULIE M. FLEMING
ROBERT E. MURPHY *
NINA RICCI FRANCISCO
DONALD R. BECK
ANNEMARIE MCDOWELL*
MINAS SAMUELIAN
CHRISTOPHER KANJO
LORI B. WADE
LALO GARCIA
FRANK M. LAFLEUR
ROBERT P. WARGO*
SCOTT A. ALLES †
ALEJANDRO CARAVEO
MATTHEW P. NOEL
MAHASTI KASHEFI
JONATHAN J. LABRUM*
GENE W. LEE
LISA WONG
KAREN LUH

CHRISTOPHER WARREN
DONALD APPLEGATE
JONATHON D. SAYRE
HEATHER M. ANTONIE
KAREN LIAO
KATIE ALLEN
JASON J. DOSHI
ZUBIN FARINPOUR
LAURA MCADAMS
CHRISTINE WALTON
VI APPLEN
GRETHCHEN COLLIN
ARTIN AVETISOVE
RODDRIGO J. BOZOGHLIAN
MIRIAM RENZI
ANGELA POWELL
KYRA BUCH
MICHAEL LE
ORCHID BARZIN
D. ROCKEY GOODELL III*
JENIFER WALLIS‡
MARISSA GITTLER
MATTHEW E. KEARL
OLEN GUIAB*
COURTNEY ARBUCCI
JENNIFER KANTER
JUSTIN SHERGILL
NARINE AVANES
ERIK BABAKHANIAN
ADAM ROEHRICK
TONYA N. MALEK
BRANDON BRAGA
NEGIN IRANINEJADIAN
CORI GROVER
AMY WILKENS †
MELISSA PALOZOLA
EMILY EDWARDS
ERIN UYESHIMA
JESI WOLNIK
CARL CHEA
LINNETTE FLANIGAN
FATIMA BADREDDINE
STEVE PYUN
DANIEL SULLIVAN

EVAN SCHUBE
KAVEH KESHMIRI
HILA GOLCHET
MARYAM MALEKI
RYAN GUIBOA
ALEXANDRA SEIBERT
MICHAEL COOPER
BRIAN SUBA
BRIGITTE KHOURY
KAYLEIGH MCGUINNESS
PAUL MITTELSTADT
ADAM BESAGNO
ANDREW MALLETT
OMAR SUBAT
JILL COHOE
NICOLE THRELKEL
A. FOSTER SHI
MAE ALBERTO
DAVID BEDERMAN
JESSICA MAWRENCE
CATHERINE BARNARD
JACOB KOZACZUK
LYLE CHAN
MARCIA COOK
MICHAEL KVYAT
GEOFFREY CRUZ
BRIAN SMITH
STEVEN LOI
GREGORY LEWIS
JUDSON PRICE
JOHN STANLEY
IRINA LERNER
JORDON FERGUSON
PAUL HARSHAW
BRIANA CURRAN
VICTORIA ORAFA
ANDREA KORNBLAU

OF COUNSEL
ARI MARKOW

* Admitted in Multiple Jurisdictio
† Admitted to Practice Law in
  Arizona only
‡ Admitted to Practice Law in
  Alabama

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

September 23, 2016

**VIA FACSIMILE AND U.S. MAIL**

Barry Zelner, Esq.
Law Offices of Zelner & Karpel
16055 Ventura Blvd, Suite 505
Encino, California 91436

Facsimile: (818) 986-1935

Re:     **Alton Harding v. Macys West Stores, Inc.**

Dear Mr. Zelner:

Please let this letter serve as our response to your correspondence dated September 19, 2016.

With regards to your requests concerning purported past claims of "racial profiling," I have repeatedly requested for you to provide a definition as to term "Racial Profiling." This is an overly broad, vague, and ambiguous term that can mean an array of different conduct and subject to an array of interpretation. Without definition, it is impossible for Responding Party to determine for what sort of "past claims" to search.

Additionally, you have refused to provide any legal basis or a showing of relevancy for maintaining your overly broad scope, despite my inquiries for such. Moreover, alternatively, I have repeatedly requested alternative limits to your incredibly excessive and overly broad scope to a relevant time frame and geographic scope. You have refused.

ORANGE COUNTY
19800 MacArthur Blvd, Suite 900
Irvine, CA 92612
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900
San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SAN FRANCISCO
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Phone (415) 217-6990 • Fax (415) 217-6999

PHOENIX
3636 North Central Avenue, 11th Floor
Phoenix, AZ 85012
Phone (602) 313-5469 • Fax (602) 313-5499

NEW YORK
One Battery Park Plaza, 4th Floor
New York, NY 10004
Phone (212) 858-7769 • Fax (212) 858-7543

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

Barry Zelner, Esq.
Re: <u>Alton Harding v. Macys West Stores, Inc.</u>
September 23, 2016
Page 2

Finally, with regards to your position regarding documents that support Responding Party's affirmative defenses, Responding Party has informed you that they are not aware of any documents that support its affirmative defenses other than the previously stated documents. We have provided you with code compliant responses.

At this point, while I had hoped to resolve this informally, I am uncertain about what else I can say to further a resolution without court intervention. If you would like to have a meaningful discussion that address my above points, I am more than happy to have a meeting. We have some availability on September 26, 2016, September 27, 2016, and October 4, 2016. Once again, I invite you to come to our office.

However, if you will not withdraw your requests or provide a showing of relevancy to your purported scope, then we will be forced to move for a protective order. As it appears we are at an impasse, should you pursue a motion we propose addressing the issue of a protective order in the joint motion in conjunction with any motion to compel in an effort to consolidate resources and the Court's time.

Please send any proposed joint motion to our office in word format such in order for Defendants to prepare any necessary response.

Very truly yours,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

Marcia, E. Cook, Esq.

## ✳✳ TRANSMISSION REPORT ✳✳

SID : MKERT LLP3

Number L1 :
Number L2 :

Date : 09-23-16 16:23

| Date/Time | 9-23  16:21 |
|---|---|
| Dialled number | 109*18189861935 |
| Durat. | 1'12" |
| Mode | NORMAL |
| Pages | 3 |
| On | Line 1 |
| Status | Correct |

## MANNING & KASS
### ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

### FACSIMILE COVER SHEET

September 23, 2016

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Barry S. Zelner, Esq.<br>ZELNER & KARPEL | (323) 272-9119 or<br>(310) 274-9059 | (818) 986-1935 |

FROM: Marcia E. Cook, Esq.
RE: *Alton Harding v. Macy's*
CLIENT/MATTER NO.: 384-051268     USER ID:  7985
PAGES: 3  (including cover page)
MESSAGE: *Please see attached correspondence of this date.*

If You Do Not Receive All Pages, Please Call (213) 624-6900

### CONFIDENTIALITY NOTICE
THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
#### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER  
801 SOUTH FIGUEROA STREET  
LOS ANGELES, CALIFORNIA 90017-3012  
TELEPHONE: (213) 624-6900  
FACSIMILE: (213) 624-6999  
WEB SITE: WWW.MANNINGLLP.COM

## FACSIMILE COVER SHEET

September 23, 2016

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Barry S. Zelner, Esq.<br>ZELNER & KARPEL | (323) 272-9119 or<br>(310) 274-9059 | (818) 986-1935 |

FROM:   Marcia E. Cook, Esq.

RE:   *Alton Harding v. Macy's*

CLIENT/MATTER NO.: 384-051268        USER ID:   7985

PAGES:   3   (including cover page)

MESSAGE:   *Please see attached correspondence of this date.*

**If You Do Not Receive All Pages, Please Call (213) 624-6900**

**CONFIDENTIALITY NOTICE**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.

ORANGE COUNTY  
19800 MacArthur Blvd, Suite 900  
Irvine, CA 92612  
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO  
550 West C Street, Suite 1900  
San Diego, CA 92101  
Phone (619) 515-0269 • Fax (619) 515-0268

SAN FRANCISCO  
121 Spear Street, Suite 200  
San Francisco, CA 94105-1582  
Phone (415) 217-6990 • Fax (415) 217-6999

PHOENIX  
3636 North Central Avenue, 11th Floor  
Phoenix, AZ 85012  
Phone (602) 313-5469 • Fax (602) 313-5499

NEW YORK  
One Battery Park Plaza, 4th Floor  
New York, NY 10004  
Phone (212) 858-7769 • Fax (212) 858-7543